# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0024
_____

LUIS FIGUEROA and MERCY
FIGUEROA,

    Appellants,

    v.

SMITH, THOMPSON, SHAW,
COLON AND POWER, P.A., and
MORTGAGE RESEARCH CENTER,
LLC, d/b/a VETERANS UNITED
HOME LOANS,

    Appellees.

_____

On appeal from the County Court for Leon County.
Nina Ashenafi-Richardson, Judge.


February 22, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Lindsey B. Lawton of Lawton Law, PLLC, Tallahassee; John W. Black, Tallahassee, for Appellants.

Susan S. Thompson, James Crit Thompson, and Andrew J. Power of Smith, Thompson, Shaw, Colon & Power, P.A., Tallahassee; Davisson F. Dunlap III, Tallahassee, for Appellees.